IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TERRY BISSOON, ) | |
| ) | |
|     Plaintiff, ) | Case No. CV 04-94-E-LMB |
| ) | |
| v. ) | |
| ) | |
| U.S. BANK, ) | JUDGMENT |
| ) | |
|     Defendant. ) | |
| _____) | |

In accordance with the Order entered on May 27, 2005,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety.

DATED: **May 31, 2005**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge